**Ira TEAGUE, Plaintiff–Appellant,**

v.

**John ASLETT, Defendant–Appellee,**

and

**H. Shaker, Defendant.**

No. 16-6688

United States Court of Appeals,
Fourth Circuit.

Submitted: September 29, 2016

Decided: October 4, 2016

Ira Teague, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ira Teague appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Teague v. Aslett, No. 5:14–ct–03057–D (E.D.N.C. May 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED